IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TAMELA J. STRONY | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:14-1059 |
| | ) | Judge Nixon/Knowles |
| WAL-MART STORES, INC., et al. | ) | |

# O R D E R

The Court has been advised that the parties have settled this case. On or before August 1, 2014, the parties shall submit an agreed order of dismissal or other appropriately captioned document.

The Clerk is directed to forward this file to the Honorable John T. Nixon District Judge, for his consideration of the agreed order of dismissal or other appropriately captioned document to be submitted on or before August 1, 2014. Any request for an extension of this deadline should be directed to Judge Nixon.

The Initial Case Management Conference set for July 3, 2014, at 10:30 a.m. is hereby CANCELLED. Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge