IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMELA J. STRONY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No: 3:14-cv-01059 |
| ) | JURY DEMAND |
| ) | |
| WAL-MART STORES, INC., ) | |
| WAL-MART STORES EAST, INC. ) | |
| WAL-MART STORES EAST, LP ) | |
| ) | |
| Defendants. ) | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It appears to the Court, as evidenced by the signatures of the parties' respective counsel below, that all matters in controversy have been compromised and settled. Further, plaintiff and plaintiff's counsel represent, by plaintiff's counsel signature below, that they have complied with all requirements of T.C.A. § 71-5-117 regarding TennCare, that plaintiffs have no child support liens or arrearages outstanding or currently owed, and that any other liens, of any type or kind, will be satisfied by plaintiff from the settlement proceeds as required by law.

It is therefore **ORDERED, ADJUDGED AND DECREED** that any and all claims by plaintiff against defendant are resolved and that this matter is hereby dismissed with prejudice and the Court's bill of costs are taxed to defendant.

IT IS SO ORDERED this 23rd day of July, 2014.

_____
U.S. DISTRICT COURT JUDGE